IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KAREN HASKETT,
    Plaintiff,

v.                                   Case No. 5:07cv135/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

**O R D E R**

       This cause is before the court upon referral from the clerk.  Plaintiff initiated this action by filing a complaint for judicial review of an adverse administrative decision of the Defendant and a motion for leave to proceed in forma pauperis (Docs. 1, 4).  Good cause having been shown, Plaintiff's motion (Doc. 4) shall be granted.

       The court notes, however, that the complaint was signed by Anthony W. Bartels, an attorney who has not been admitted to practice in this district (*see id.* at 2).  Moreover, Attorney Bartels' Motion to Appear Pro Hac Vice (Doc. 5) was denied, without prejudice, because the certificate of good standing attached to the motion was not dated within the last six months (*see* Doc. 6).  To date, Attorney Bartels has not submitted an amended motion to appear pro hac vice, the complaint has not been served, the court's records reflect that Plaintiff is proceeding pro se, and the court has no address for Plaintiff.  Before service can be directed, Plaintiff's counsel must either file an amended motion to appear pro hac vice or provide the court with Plaintiff's address.

       Accordingly, it is **ORDERED**:

       1.    The clerk shall send a copy of this order to Attorney Anthony Bartels (*see* Doc. 3 (reflecting Mr. Bartels' address)).

      2.      Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. 4) is **GRANTED**.

      3.      Anthony Bartels must either file an amended motion to appear pro hac vice or provide the court with Plaintiff's address within **TWENTY (20) DAYS** from the date of docketing of this order.

      4.      Failure to comply with this order may result in a recommendation that this case be dismissed for failure to comply with an order of the court or failure to prosecute.

**DONE AND ORDERED** this 23rd day of July 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**