IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KAREN HASKETT,
 Plaintiff,

vs.             Case No.:  5:07cv135/MCR/EMT

MICHAEL J. ASTRUE,
 Defendant.
_____/

**REPORT AND RECOMMENDATION**

  This matter is before the court on Plaintiff's Motion to Dismiss Without Prejudice (Doc. 13), which the court shall construe as a notice of voluntary dismissal.

  Rule 41(a)(1) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer, or files a motion for summary judgment.  Because Defendant has not been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.  The dismissal will be without prejudice.

  Accordingly, it is respectfully **RECOMMENDED**:

  That Plaintiff's Motion to Dismiss Without Prejudice (Doc. 13), construed as a notice of voluntarily dismissal, be **GRANTED** and this action dismissed without prejudice.

  At Pensacola, Florida, this 9th day of August 2007.

            /s/  *Elizabeth M. Timothy*
            **ELIZABETH M. TIMOTHY**
            **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**