**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

KAREN HASKETT,
    Plaintiff,

vs.                                      Case No.:  5:07cv135/MCR/EMT

MICHAEL J. ASTRUE,
    Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 9, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Plaintiff's Motion to Dismiss Without Prejudice (Doc. 13), construed as a notice of voluntarily dismissal, is **GRANTED** and this action dismissed without prejudice.

    **DONE AND ORDERED** this 5th day of November, 2007.

                                          _s/ M. Casey Rodgers_
                                          **M. CASEY RODGERS
                                          UNITED STATES DISTRICT JUDGE**